UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FARID MIKHAIL FARID,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE, et al.,<br><br>    Defendants. | No. EDCV 18-02021 CJC(SPx)<br><br>**DISMISSAL ORDER**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

| | |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the |
| 2 | separately filed stipulation of the parties, this action is dismissed with prejudice. Each |
| 3 | party shall bear its own fees, costs, and expenses. |

Dated: February 1, 2019

_____
CORMAC J. CARNEY
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ Matthew J. Barragan
_____
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
United States of America

1